■ MYRTLE KAPLAN, Appellant, v NEW YORK MERCANTILE EXCHANGE, Respondent. [864 NYS2d 915]—Order, Supreme Court, New York County (Louis B. York, J.), entered February 20, 2008, which granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Defendant leased commercial property from Battery Park City. Defendant owed no duty to plaintiff to maintain the area outside the boundaries described in the lease. Absent evidence that defendant occupied, controlled or was responsible for maintaining the area where plaintiff fell, it cannot be liable for plaintiff's injuries (*see Richardson v Lenox Terrace Dev. Assoc.*, 41 AD3d 108, 109 [2007]; *Gibbs v Port Auth. of N.Y.*, 17 AD3d 252, 254 [2005]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Catterson, McGuire, Acosta and Renwick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT K. WARFIELD, Appellant. [864 NYS2d 916]—Judgment, Supreme Court, New York County (Charles H. Solomon, J.), rendered October 9, 2007, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him to a term of 3½ years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). We do not find the police testimony at the suppression hearing to be implausible or materially inconsistent with the testimony before the grand jury. Defendant's behavior provided a sufficient basis for the protective actions taken by the officers (*see People v Benjamin*, 51 NY2d 267, 271 [1980]). Concur—Tom, J.P., Gonzalez, Williams, Moskowitz and Freedman, JJ.